E-FILED
Monday, 28 July, 2008   04:51:38 PM
Clerk, U.S. District Court, ILCD

PROB 22

Docket No. (Transferring Court) 8:07CR309
Docket No. (Receiving Court)  08-30074

# TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
**Sean Grant**
**411 Pekin Street**
**Lincoln, IL 62656**

District: **Nebraska**            Division: **Omaha**

**FILED**
**JUL 2 5 2008**
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Name of Sentencing Judge: The Honorable Laurie Smith Camp
United States District Judge

Dates of Probation/Supervised Release -   From: December 10, 2007
                                          To:   December 9, 2010

Offense:   Accessory After the Fact
           [18 U.S.C. 3]

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date 7/16/08

s/Laurie Smith Camp
The Honorable Laurie Smith Camp
U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Central District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date  07-24-08

s/ Jeanne E. Scott
United States District Judge