**E-FILED**
Monday, 28 July, 2008  05:08:07 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

**OFFICE OF THE CLERK**
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

July 28, 2008

Clerk of the Court
 District of Nebraska
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

IN RE:          US v Grant
                07-309

Dear Clerk:

Enclosed you will find a signed, original order accepting the Transfer of Jurisdiction dated
7/25/2008 of Sean Grant.

At this time I am requesting that you send certified copies of the following documents to us in
order for us to open a file:

Indictment/Information
Judgment and Commitment Order
Any financial records
Docket sheet

Thank you in advance for your cooperation.

Very truly yours,


__s/Pamela E. Robinson_____

PAMELA E. ROBINSON
Clerk of Court

Enclosures