UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

August 1, 2008

Ms. Pamela E. Robinson, Clerk
United States District Court
151 Paul Findley Federal Building and
  United States Courthouse
600 East Monroe Street
Springfield, IL 62701

FILED
AUG 0 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:   Sean Grant
      USDC-NE 8:07cr309

Dear Clerk:

Pursuant to the transfer order filed in our court on August 1, 2008, the probation/supervision of the above-mentioned individual is transferred to the District of Illinois (Central District).

Enclosed are the following documents along with a certified copy of the docket sheet:

1. Certified copy of the Information;
2. Certified copy of the Judgment & Commitment Order (with conditions of supervision); and
3. Certified copy of the Transfer of Jurisdiction Order.

Please acknowledge receipt of these documents at the bottom of this letter as indicated and return it to the Omaha office. Thank you for your assistance.

Sincerely,

By:   s/ Mary Roundtree
      Deputy Clerk

Enclosures
cc:   Chief Probation Officer - NE (without enclosures)
      Chief Probation Officer - IL (without enclosures)

The above-referenced documents were received by the U.S. District Court for the District Illinois on _____.

Receiving Court's Assigned Case No: _____.

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-5225
Fax: (402) 437-5651
Toll Free: (866) 220-4379

proc\forms\probtransout          9/18/06

Case: 8:07-cr-00309-LSC-FG3   Document #: 19   Date Filed: 08/01/2008   Page 1 of 1

**E-FILED**
Monday, 28 July, 2008 04:51:38 PM
Clerk, U.S. District Court, ILCD

PROB 22

Docket No. (Transferring Court) 8:07CR309
Docket No. (Receiving Court) _____08-30074_____

## TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
Sean Grant
411 Pekin Street
Lincoln, IL 62656

District: Nebraska                             Division: Omaha

Name of Sentencing Judge: The Honorable Laurie Smith Camp
                          United States District Judge

Dates of Probation/Supervised Release -    From: December 10, 2007
                                           To:   December 9, 2010

Offense:   Accessory After the Fact
           [18 U.S.C. 3]

**FILED**
JUL 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date  7/16/08                              s/Laurie Smith Camp
                                           The Honorable Laurie Smith Camp
                                           U.S. District Judge

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
08 AUG -1 PM 12:58
OFFICE OF THE CLERK

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Central District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

07-24-08                                   s/ Jeanne E. Scott
Effective Date                             United States District Judge

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed  8/1/08
OFFICE OF THE CLERK
By _____

Case: 8:07-cr-00309-LSC-FG3   Document #: 1   Date Filed: 09/13/2007   Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 SEP 13 AM 9:42

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>      Plaintiff,   )<br>            )<br>v.          )<br>            )<br>SEAN GRANT,      )<br>            )<br>      Defendant.  ) | 8:07CR 309<br><br>**INFORMATION**<br>18 U.S.C. § 3 |

The United States Attorney charges:

### COUNT I

On and after the 24th day of August, 2006, in the District of Nebraska, SEAN GRANT, knowing that an offense against the United States has been committed, to wit, the bank robbery of the TeamBank, 101 North 14th Street, Fort Calhoun, Nebraska, did receive, relieve, comfort and assist the offender, Lucas E. Demling, in order to hinder and prevent the offender's apprehension, trial and punishment.

In violation of Title 18, United States Code, Section 3.

UNITED STATES OF AMERICA,

JOE W. STECHER
United States Attorney

By:   MICHAEL P. NORRIS
      Assistant U.S. Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 9/13/07
OFFICE OF THE CLERK
By_____
      Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.

Case Number 8:07CR309-001

USM Number 21769-047

**SEAN GRANT**
        **Defendant**

MARK W. BUBAK

Defendant's Attorney

---

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count I of the Information on September 13, 2007.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:3 ACCESSORY AFTER THE FACT | August 24, 2006 | I |

The Defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the Defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant shall notify the Court and United States attorney of any material change in the Defendant's economic circumstances.

Date of Imposition of Sentence:
December 10, 2007

s/Laurie Smith Camp
United States District Judge

December 11, 2007

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 12/11/07
OFFICE OF THE CLERK
By: Deputy Clerk

Defendant: SEAN GRANT                                                                           Page 2 of 5
Case Number: 8:07CR309-001

## PROBATION

The Defendant is hereby sentenced to probation for a term of **3 Years**.

The Defendant shall not commit another federal, state, or local crime.

The Defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two period drug tests thereafter.

The Defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the Defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The Defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The Defendant shall also comply with any additional conditions.

## STANDARD CONDITIONS OF SUPERVISION

1. The Defendant shall not leave the judicial district without the permission of the Court or probation officer;
2. The Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The Defendant shall support his or her dependents and meet other family responsibilities;
5. The Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The Defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

Defendant: SEAN GRANT  Page 3 of 5
Case Number: 8:07CR309-001

13. As directed by the probation officer, the Defendant shall notify third parties of risks that may be occasioned by the Defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The Defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Public Law 108-405 (Revised DNA Collection Requirements Under the Justice for All Act of 2004), if such sample was not collected during imprisonment.

2. The Defendant shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

3. The Defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer.

4. The Defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the U.S. Probation Officer.

5. The Defendant shall provide the probation officer access to any requested financial information including both his business and personal income tax returns.

6. The Defendant shall not incur any new debts or open any additional lines of credit in excess of $200 without prior approval of the probation officer.

7. The Defendant shall attend a public, private or private nonprofit offender rehabilitation program that has been approved by the probation officer, in consultation with a State Coalition Against Domestic Violence or other appropriate experts.

8. The Defendant shall complete **150 hours** of community service as approved and directed by the probation officer. The Defendant shall be responsible for providing the probation officer with written proof of the number of hours completed.

9. The Defendant shall provide the probation officer with access to any requested financial information.

10. Pursuant to 18 U.S.C. 3563(a)(5), the defendant shall submit to a drug test within 15 days of release on probation and at least two periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances in an amount determined by the probation officer

11. The Defendant shall report to the Supervision Unit of the United States Probation Office for the District of Illinois between the hours of 8:00am and 4:30pm, 108 Paul Findley Federal Building and United States Courthouse, Springfield, Illinois, (217) 492-4215, within seventy-two (72) hours of being placed on probation and, thereafter, as directed by the probation officer.

Defendant: SEAN GRANT  Page 4 of 5
Case Number: 8:07CR309-001

# CRIMINAL MONETARY PENALTIES

The Defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | $40,000.00 |

The Court has determined that the Defendant does not have the ability to pay interest and it is ordered that:   interest requirement is waived.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$40,000.00** is hereby ordered.  The Defendant shall make restitution to the following payees in the amounts listed below.

If the Defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TeamBank | $40,000.00 | $40,000.00 | Priority Order/Percentage |
| **Totals** | $40,000.00 | $40,000.00 | |

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Defendant: SEAN GRANT                                                                              Page 5 of 5
Case Number: 8:07CR309-001

## SCHEDULE OF PAYMENTS

The Defendant shall pay the special assessment in the amount of $100.00.

The criminal monetary penalty is due in full on the date of the judgment. The Defendant is obligated to pay said sum immediately if he or she has the capacity to do so. The United States of America may institute civil collection proceedings at any time to satisfy all or any portion of the criminal monetary penalty.

Without limiting the foregoing, and during the Defendant's term of incarceration, the Defendant shall participate in the Bureau of Prisons' Financial Inmate Responsibility Program. Using such Program, the Defendant shall pay 50% of the available inmate institutional funds per quarter towards the criminal monetary penalty.

Without limiting the foregoing, and following release from prison, the Defendant shall make payments to satisfy the criminal monetary penalty in the following manner: (a) monthly installments of $100 or 3% of the Defendant's gross income, whichever is greater; (b) the first payment shall commence 30 days following the Defendant's discharge from incarceration, and continue until the criminal monetary penalty is paid in full; and (c) the Defendant shall be responsible for providing proof of payment to the probation officer as directed.

Any payments made on the outstanding criminal monetary penalty shall be applied in the following order of priority: special assessment; restitution; fine; and other penalties. Unless otherwise specifically ordered, all criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to the clerk of the Court. Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The Defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the Court.

The Defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

Restitution is hereby ordered jointly and severally with: Lucas Demling; 8:07CR240.
CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk

CLOSED, TRIAL-OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:07-cr-00309-LSC-FG3 All Defendants
### Internal Use Only

Case title: USA v. Grant
Other court case number: 8:07CR240 USDC-NE

Date Filed: 09/13/2007
Date Terminated: 12/11/2007

Assigned to: Judge Laurie Smith Camp
Referred to: Magistrate Judge F. A. Gossett

## Defendant (1)

**Sean Grant**
*TERMINATED: 12/11/2007*

represented by **Mark W. Bubak**
1216 North 101st Circle
Omaha, NE 68114
(402) 934-9250
Fax: (402) 384-9799
Email: markb294@cox.net
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:3 ACCESSORY AFTER THE FACT
(1)

### Disposition

The defendant pleaded guilty to count 1 of the information and is sentenced to 3 years probation; $100 special assessment; and $40,000 in restitution to be paid jointly and severally with Lucas Demling, 8:07cr240.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

I certify this to be a true copy of the original record in my custody.
OFFICE OF THE CLERK
By _____
Deputy Clerk

### Highest Offense Level (Terminated)

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

USA                                    represented by   **Michael P. Norris**
                                                        ASSISTANT UNITED STATES
                                                        ATTORNEY - OMAHA
                                                        1620 Dodge Street
                                                        Suite 1400
                                                        Omaha, NE 68102-1506
                                                        (402) 661-3700
                                                        Fax: (402) 661-3084
                                                        Email: michael.norris@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2007 | 1 | INFORMATION as to defendant Sean Grant. (CJP) (Entered: 09/13/2007) |
| 09/13/2007 | 2 | CRIMINAL COVER SHEET as to defendant Sean Grant. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (CJP) (Entered: 09/13/2007) |
| 09/13/2007 | 3 | PETITION to enter plea of guilty as to defendant Sean Grant (CJP) (Entered: 09/13/2007) |
| 09/13/2007 | 4 | PLEA AGREEMENT as to defendant Sean Grant (CJP) (Entered: 09/13/2007) |
| 09/13/2007 | 5 | ORDER SETTING CONDITIONS OF RELEASE. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT as to defendant Sean Grant. Ordered by Judge Laurie Smith Camp. (CJP) (Entered: 09/13/2007) |
| 09/13/2007 | 6 | TEXT MINUTE ENTRY for proceedings held before Judge Laurie Smith Camp as to defendant Sean Grant. Arraignment as to Sean Grant (1) Count 1 held on 9/13/2007 - plea of Guilty entered, Initial Appearance held on 9/13/2007. Plea Hearing held on 9/13/2007. Defendant acknowledges receipt of a copy of the Information. Appointment of Counsel requested; Court takes judicial notice of U.S. Pretrial Services report. Defendant released on bond. Indictment Waived; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; Defendant shall report to U.S. Marshal for processing; Hearing held in Omaha. Courtroom Deputy: Ed Champion. Reporter: Rogene Schroder. Appearance for Plaintiff: Mike Norris; For Defendant: Mark Bubak, CJA. Time Start: 9:04 a.m. Time Stop: 9:30 a.m. Interpreter Used: no; (ETC) (Entered: 09/13/2007) |

| | | |
|---|---|---|
| 09/13/2007 | 7 | ORDER APPOINTING COUNSEL - Mark W. Bubak is appointed as counsel as to defendant Sean Grant; Ordered by Judge Laurie Smith Camp. (ETC) (Entered: 09/13/2007) |
| 09/13/2007 | 8 | ORDER ON SENTENCING SCHEDULE as to defendant Sean Grant; Sentencing set for 12/10/2007 at 01:30 PM in Courtroom 2 (Omaha) before Judge Laurie Smith Camp; Ordered by Judge Laurie Smith Camp. (ETC) (Entered: 09/13/2007) |
| 09/14/2007 | 9 | *SEALED* SEALED PRETRIAL SERVICES REPORT as to defendant Sean Grant. (Lukesh, Barbara) (Entered: 09/14/2007) |
| 11/08/2007 | 10 | ADOPTION of Presentence Investigation Report by Attorney Michael P. Norris as to defendant(s) Sean Grant. (Norris, Michael) (Entered: 11/08/2007) |
| 11/13/2007 | 11 | ADOPTION of Presentence Investigation Report by Attorney Mark W. Bubak as to defendant(s) Sean Grant. (Bubak, Mark) (Entered: 11/13/2007) |
| 11/15/2007 | 12 | MOTION for Downward Departure by Attorney Michael P. Norris as to defendant(s) Sean Grant. (Norris, Michael) (Entered: 11/15/2007) |
| 11/15/2007 | | (Court only) ***Motion No Longer Referred MOTION for Downward Departure 12 as to defendant Sean Grant. (MLF, ) (Entered: 11/15/2007) |
| 12/04/2007 | 13 | TENTATIVE FINDINGS regarding the Presentence Investigation Report as to Defendant Sean Grant. Ordered by Judge Laurie Smith Camp. (JB) (Entered: 12/04/2007) |
| 12/10/2007 | 14 | TEXT MINUTE ENTRY for proceedings held before Judge Laurie Smith Camp as to defendant Sean Grant. Sentencing held on 12/10/2007. Plea Agreement Accepted as to defendant Sean Grant; Defendant is sentenced to: Probation for a term of 3 years. Restitution in the amount of $40,000; Special assessment in the amount of $100.00. Defendant released on same terms and conditions as previously released. Hearing held in Omaha. Courtroom Deputy: Ed Champion. Reporter: Brenda Fauber. Appearance for Plaintiff: Nancy Svoboda; For Defendant: Mark Bubak, CJA. Time Start: 1:36 p.m. Time Stop: 1:53 p.m. Interpreter Used: no; (ETC) (Entered: 12/10/2007) |
| 12/11/2007 | 15 | *SEALED* PRESENTENCE INVESTIGATION REPORT as to defendant(s) Sean Grant (Lincoln, Kimberly) (Entered: 12/11/2007) |
| 12/11/2007 | 16 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) Sean Grant (Lincoln, Kimberly) (Entered: 12/11/2007) |
| 12/11/2007 | 17 | JUDGMENT as to Sean Grant (1). The defendant pleaded guilty to count 1 of the information and is sentenced to 3 years probation; $100 special assessment; and $40,000 in restitution to be paid jointly and severally with Lucas Demling, 8:07cr240 as to defendant Sean Grant. Ordered by Judge Laurie Smith Camp. (1 Certified copy to USM) (JSF) (Entered: 12/11/2007) |
| 12/11/2007 | 18 | *SEALED* STATEMENT OF REASONS for sentence regarding Judgment 17 as to defendant Sean Grant. Ordered by Judge Laurie Smith Camp. (Copy to USA and defendant's counsel) (JSF) (Entered: 12/11/2007) |

| 08/01/2008 | 19 | Probation Jurisdiction Transferred to USDC-Central District of Illinois as to Sean Grant. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. Transmitted Transfer of Jurisdiction form, with certified copies of information, judgment and docket sheet as to defendant Sean Grant. Ordered by Judge Laurie Smith Camp. (MKR) (Entered: 08/01/2008) |
| --- | --- | --- |
| 08/01/2008 | 20 | Transmittal Letter to USDC-Central District of Illinois regarding Transfer Out/Probationer, 19 , Judgment 17 , Information - Felony 1 and docket sheet as to defendant Sean Grant. (MKR) (Entered: 08/01/2008) |